RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY B. MOORE, CLERK
DATE 3/23/12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 10-0199 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| MAHINDERPAL SINGH DHALIWAL a/k/a PAUL DHALIWAL | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Mahinderpal Singh Dhaliwal, and adjudges him guilty of the offense charged in Count One of the indictment against him.

THUS DONE AND SIGNED in chambers, this 22 day of March 2012, Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE